UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RILEY,

                              **Plaintiff,**                              **25-cv-718 (ALC)**

              **-against-**                              **ORDER OF DISCONTINUANCE**

MAD FOR CHICKEN, CORP. LLC,

                              **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

forty-five (45) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:     April 9, 2025
            New York, New York

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**